UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
DEBORAH FELDMAN,
    Plaintiff,

vs.

ERIC M. BERMAN, ESQ. and
ERIC M. BERMAN, P.C.
JOHN DOE 1-10, XYZ, INC 1-10 :
ten names being fictitious and
unknown to the plaintiffs, the person
or parties intended being the persons
or parties, if any,
    Defendants.
----------------------------------------x

Rule 7.1 Statement

08 CIV. 0357

JUDGE ROBINSON

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DEBORAH FELDMAN (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:
N/A

Dated: Spring Valley, New York
December 11, 2007

                                              /s/
                                   Shmuel Klein (SK 7212) Fed Court Only
                                   Law Office of Shmuel Klein, PC
                                   Attorneys for Plaintiff
                                   268 ROUTE 59
                                   Spring Valley, NY  10977
                                   (845) 425-2510