UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DEBORAH FELDMAN,**

                **Plaintiff,**

**ERIC M. BERMAN,**
**ERIC M. BERMAN, P.C. and**
**JOHN DOE 1-10, XYZ, INC. 1-10,**

                **Defendants.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No.: 08-CV-0357
(Robinson J.)
(Smith, M.J.)

<u>RULE 7.1 DISCLOSURE</u>

Pursuant to Federal Rule of Civil Procedure 7.1, defendant, ERIC M. BERMAN, P.C., a Professional Corporation organized under the laws of the State of New York, states that there is no parent corporation, affiliate corporation or subsidiary corporation or any publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

ERIC M. BERMAN, P.C.
Attorneys for Defendants

*/s/ Eric M. Berman*

_____
By: Eric M. Berman, Esq. (EB-1262)
500 West Main Street, Suite 212
Babylon, New York 11702
631-486-4900
631-486-4997 (fax)
eberman@ericbermanpc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Shmuel Berel Klein
Attorney for Plaintiff
268 Route 59 West
Spring Valley, New York 10977

                                                        _____
                                                              Eric M. Berman